IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC MARTIN MATTHEWS,  ) | |
| ID # 75804-004,  ) | |
|       Petitioner,  ) | |
| vs.  ) | No. 3:09-CV-1024-K |
|       ) | |
| UNITED STATES OF AMERICA,  ) | |
|       Respondent.  ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Petitioner's Motion to Vacate Judgment, filed on June 12, 2009, which the Court construes as Objections to the Findings and Conclusions of the Magistrate Judge are **OVERRULED.**

SIGNED this 15th day of June, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE